JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACAMBRA, | Case No. 8:21-cv-01687-CAS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ROBERT GONZALES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint is dismissed with prejudice and without leave to amend.

DATED:  January 26, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE